MORRIS FIRSTENBERG, Appellant, *v.* NATHAN JAFFA, Respondent.

*Firstenberg* v. *Jaffa*, 184 App. Div. 936, affirmed.

(Submitted March 17, 1920; decided April 13, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1918, reversing in part a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover upon an alleged contract for services. The complaint alleged that plaintiff was employed as the exclusive salesman of defendant to sell fur trimmings on commission in the city of New York; that thereafter the defendant committed a breach of said contract in that he permitted another salesman of his to sell fur trimmings in said city; that immediately upon the discovery of said fact, the plaintiff elected to terminate the said agreement because of defendant's said breach of

contract and notified defendant of said fact and that plaintiff would promptly leave the defendant's employment; that thereupon, in consideration of plaintiff waiving his right to terminate the said contract because of said breach and in consideration of plaintiff then agreeing with defendant to continue to perform said services as salesman for him for the remainder of the term of said contract, the defendant agreed with plaintiff that he would pay him seven and one-half per cent upon all the sales made by the said salesman for defendant upon fur trimmings sold by him in the city of New York. The Appellate Division held that the plaintiff's evidence was insufficient to support the verdict.

*Henry Greenberg* for appellant.

*Alexander Coblitz* and *Oscar Richter* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.